```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 06278
   ALEJANDRA GALLEGOS
   JESUS GALLEGOS                               CHAPTER 13

                                                JUDGE: BRUCE W BLACK
            Debtor
   SSN XXX-XX-9407       SSN XXX-XX-0775


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/17/08 .

   2.  The case was converted to Chapter 7 without confirmation, 06/06/2008.

--------------------------------------------------------------------------------
CREDITOR NAME                  CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                   PAID            PAID
--------------------------------------------------------------------------------
OPTION ONE MORTGAGE CO      CURRENT MORTG           .00              .00             .00
OPTION ONE MORTGAGE CO      MORTGAGE ARRE  NOT FILED                 .00             .00
GEORGE POLYMENAKOS          SECURED                 .00              .00             .00
WILL COUNTY TREASURER       SECURED                 .00              .00             .00
AMERICAS SERVICING CO       UNSECURED       NOT FILED                .00             .00
SHORELINE PARK PRIVATE R    UNSECURED       NOT FILED                .00             .00
AFNI                        UNSECURED       NOT FILED                .00             .00
ALLIED INTERSTATE           UNSECURED       NOT FILED                .00             .00
ALLIED INTERSTATE           UNSECURED       NOT FILED                .00             .00
ALLIED INTERSTATE           UNSECURED       NOT FILED                .00             .00
BENNETT & DELONEY           UNSECURED       NOT FILED                .00             .00
CAPITAL MANAGEMENT SERVI    UNSECURED       NOT FILED                .00             .00
THE CHICAGO DEPT OF REVE    UNSECURED       NOT FILED                .00             .00
CREDIT PROTECTION ASSOC     UNSECURED       NOT FILED                .00             .00
FBCS INC                    UNSECURED       NOT FILED                .00             .00
GC SERVICES                 UNSECURED       NOT FILED                .00             .00
ILLINOIS STATE TOLL HIGH    UNSECURED       NOT FILED                .00             .00
JAMESTOWN STAMP CO          UNSECURED       NOT FILED                .00             .00
JOHN LEE JACKSON            UNSECURED       NOT FILED                .00             .00
MITCHELL N KAY              UNSECURED       NOT FILED                .00             .00
--------------------------------------------------------------------------------
CREDITOR NAME                  CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                   PAID            PAID

MARY JANE ELLIOTT           UNSECURED       NOT FILED                .00             .00
MCS                         UNSECURED       NOT FILED                .00             .00
MCS                         UNSECURED       NOT FILED                .00             .00
MIDLAND CREDIT MGMT         UNSECURED       NOT FILED                .00             .00
NCO FINANCIAL SYSTEMS       UNSECURED       NOT FILED                .00             .00
OVERLAND BOND               UNSECURED       NOT FILED                .00             .00
PLAZA ASSOCIATES            UNSECURED       NOT FILED                .00             .00
RECEIVABLES MANAGEMENT I    UNSECURED       NOT FILED                .00             .00
RECEIVABLES MANAGEMENT I    UNSECURED       NOT FILED                .00             .00
RECEIVABLES MANAGEMENT I    UNSECURED       NOT FILED                .00             .00
RECEIVABLES MANAGEMENT I    UNSECURED       NOT FILED                .00             .00
```

```
SENEX SERVICES            UNSECURED        NOT FILED              .00           .00
SOLOMON & LEADLEY & ASSO  UNSECURED        NOT FILED              .00           .00
      Summary of disbursements:
------------------------------------------------------------------------------
                 SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         .00          .00         .00           .00
PRINCIPAL PAID        .00         .00          .00         .00           .00
INTEREST PAID         .00         .00          .00         .00           .00
TOTAL PAID            .00         .00          .00         .00           .00
```

The Debtor's attorney, RONALD D CUMMINGS         , was allowed $         .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/11/08                   /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




PAGE   2
CASE NO. 08 B 06278 ALEJANDRA GALLEGOS & JESUS GALLEGOS